IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

BADRIA HINDI,

    Plaintiff,

v.   No. 1:23-CV-00166-MLG-SCY

CITIBANK, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANSUNION, LLC,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case as all Defendants have already been dismissed and all claims raised in this matter have also been dismissed.

It is ordered that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA